Eastern District of Kentucky
**F I L E D**
Jul - 30 2025
Robert R. Carr
Clerk, U.S. District Court

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

UNITED STATES OF AMERICA

V.                                INFORMATION NO. __6:25-CR-059-CHB__
                                  42 U.S.C. § 408(a)(5)

**CHERRIE D. WILSON**

\*   \*   \*   \*   \*

**THE UNITED STATES ATTORNEY CHARGES:**

From on or about September 9, 2016, and continuing through in or about November 2024, in Rockcastle County, in the Eastern District of Kentucky,

**CHERRIE D. WILSON**,

having made application to receive payment under Title 42, Chapter 7, Subchapter II of the United States Code for the use and benefit of another and having received such payments, knowingly and willfully converted such payments, totaling approximately $85,765, to a use other than for the use and benefit of such other person, all in violation of 42 U.S.C. § 408(a)(5).

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution.